# EXHIBIT TABLE OF CONTENTS


| Exhibit | Description |
|---|---|
| A. | Cuevas' August 19, 2024 Refusal to Pay Letter |
| B. | Sample Set of Voicemail Screenshots |
| C. | Citibank's September 12, 2024 Collection Email |
| D. | Cuevas' October 7, 2024 Refusal to Pay Letter |
| E. | Citibank's October 18, 2024 Letter Confirming Receipt of Cuevas' Correspondence and Promise of No Further Communications |
| F. | The Moore Law Group's March 18, 2025 Collection Letter |

# Exhibit A

# Cuevas' August 19, 2024 Refusal to Pay Letter


Edith A. Cuevas
[redacted]
San Diego, CA. [redacted]
FOREVER / USA
Citibank, N.A.
P.O. BOX 790046
St. Louis, MO 63179

08/19/2024

Edith A. Cuevas
[redacted]
San Diego, CA 92102

Citibank, N.A.
PO Box 790046
St. Louis, MO 63179-0046

Regarding: Costco Anywhere Visa last 4 Digits: 8822

Citibank, N.A.,

I am experiencing financial challenges and cannot afford the payments on this account. With this letter I am informing you that I refuse to pay.

Thank you,

Edith A. Cuevas

Edith A. Cuevas
[redacted]
San Diego, CA. 92102

Citibank, N.A.
P.O. BOX 790046
St. Louis, MO 63179

# Exhibit B

## Sample Set of Voicemail Screenshots


9:23
5G
Voicemail
+1 (877) 689-8723
unknown
August 23, 2024 at 8:53 AM
0:02
-0:33
Transcription
"Thank you for being a part of the Citibank family we know you're busy but if you could please just take a few minutes to login at www.citicards.com to review your Costco anywhere Visa card account status it would be appreciated if you would prefer to call us please feel free to as it is always great to get a chance to speak with one of our valued clients our toll-free number is 1-855-805-5486 once again thanks for being a valued Citibank Customer..."
Was this transcription useful or not useful?
55


9:52
5G
Voicemail
+1 (877) 689-8725
unknown
September 6, 2024 at 8:49 AM
0:06
-0:29
Transcription
"Thank you for being a part of the Citibank family we know you're busy but if you could please just take a few minutes to login at www.citicard.com to review your Costco anywhere Visa card account status it would be appreciated if you would prefer to call us please feel free to as it is always great to get a chance to speak with one of our valued clients our toll-free number is 185558055486 once again thanks for being a valued Citibank customer..."
Was this transcription useful or not useful?
44


8:53
5G
Voicemail
+1 (877) 689-8723
unknown
September 17, 2024 at 8:41 AM
0:00
-0:38
Transcription
"Thank you for being a part of the Citibank family I know you're busy, but if you could please just take a few minutes To login at www. citicards .com to review your Costco anywhere Visa card Status it would be appreciated You prefer to call us Please feel free to as it is always great to get a chance Speak with one of our valued client Our toll-free number is 1 8 5 5 8 0 0 5 5 4 8 6 Once again Thanks for being a valued Citibank..."
Was this transcription useful or not useful?
52


2:50
5G
Voicemail
+1 (877) 689-8723
unknown
October 17, 2024 at 8:45 AM
0:02
-0:37
Transcription
"Thank you for being a part of the Citibank family I know you're busy, but if you could please just take a few minutes To login at WW At citi cards .com to review your Costco anywhere Visa card account status it Appreciated You would prefer to call us Please feel free to as it is always great to get a chance to With one of our valued client Our toll-free number is one 5 5 8 0 5 5 4 8 6 Once again Thanks for being a valued Citibank customer..."
Was this transcription useful or not useful?
45

# Exhibit C

# Citibank’s September 12, 2024 Collection Email

From: Costco Anywhere Visa® Card
DoNotReply@info11.citi.com
Subject: We haven't been able to reach you
Date: Sep 12, 2024 at 1:09:14 PM
To: [redacted].com

ACTION REQUIRED

citi

Edith A Cuevas
Account ending in 8822

# Reminder: Your payment is past due

Let us help you.

Hi, Edith A Cuevas. We've been unable to reach you and your Costco Anywhere Visa® Card account is currently past due. We're here to assist you. An agent can provide information and options that can help in managing your account(s) better.

Please make your payment by clicking below, in the Citi Mobile® App, at Citi® Online, or by calling us at 1-877-255-9069*. For TTY: We accept 711 or other Relay Service.

If you've already made a payment on this account and updated your contact information - no action is required.

Make A Payment

**Here are some ways you can avoid missing future payments:**

- Schedule payments in advance

- Set up customized Citi Alerts to receive a payment reminder before your due date
- Enroll in AutoPay for your minimum payment due at no charge and you can cancel at any time- you'll always have the control to edit your AutoPay amount or make additional payments

---

Your Citi Team

View Your Account Pay Your Bill Contact Us

citi

Download the Citi Mobile® App.

Download on the App Store GET IT ON Google Play

Apple and the Apple logo are trademarks of Apple Inc. Registered in the U.S. and other countries. App Store is a service mark of Apple Inc., registered in the U.S. and other countries. Android, and the Google Play logo are trademarks of Google LLC.

Citibank® is not responsible for products and services offered by other companies.

Hours of Operation: Monday-Friday: 8:00am-10:00pm ET, Saturday-Sunday: 9:30am-6:00pm ET

*Calls are randomly monitored and recorded to ensure quality service.

The purpose of this communication is to collect a debt and all information will be used for that purpose.

**Information for Massachusetts Residents:**

**NOTICE OF IMPORTANT RIGHTS**
**You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.**

**Information for New York Residents:**

**You may request to receive written communications in braille or large-print format by calling the Toll Free or TTY number listed on this email.**

**Information for Washington D.C. Residents:**

**You might have income or resources that are protected from being taken by debt collectors. These might include certain sources of income, funds, or property, including, but not limited to, Social Security, Supplemental Security Income (SSI). disability or unemployment benefits, veteran's benefits, or child support payments. If you believe your property or income may be protected, you may wish to seek legal advice, including at a legal services provider or legal aid office, before paying this debt.**

**5800 South Corporate Place, Sioux Falls, SD 57108**

citi

Privacy Security

The security zone at the top of this email helps you verify that it was in fact sent by Citi.

ABOUT THIS MESSAGE
This email is sent by Citi Cards to keep you informed about your Citi credit card, including updates about your account activity and information about features and services to help you effectively manage your account. Have questions? Please do not reply to this service email. Instead, just contact us.

Our mailing address: Citibank Customer Service P.O. Box 790046 St. Louis, MO 63179-0046

If you wish to no longer receive emails, please click here to unsubscribe.

© 2024 Citibank, N.A. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used to registered throughout the world.

20240912SACO9979

# Exhibit D

# Cuevas' October 7, 2024 Refusal to Pay Letter

10/07/2024

Edith A. Cuevas

[redacted]

San Diego, CA 92102

Citibank, N.A.

PO Box 790046

St. Louis, MO 63179-0046

Regarding: Costco Anywhere Visa Last 4 Digits: 8822

Citibank, N.A.,

I am experiencing financial challenges and cannot afford the payments on this account. With this letter I am informing you that I refuse to pay.

Thank you,

Edith A. Cuevas

Edith A. Cuevas

[redacted]

San Diego, CA 92102




Citibank, N.A.

P.O. Box 790046

St. Louis, MO 63179-0046

# Exhibit E

# Citibank's October 18, 2024 Letter Confirming Receipt of Cuevas' Correspondence and Promise of No Further Communications

citi®
CITI CARDS
PO BOX 790131
ST. LOUIS, MO 63179-0131

10/18/2024
Account Ending In: 8822

EDITH A CUEVAS
[redacted]
SAN DIEGO CA 92102-5003

ACTION REQUIRED

## We'll no longer contact you about your past due status on your account

Hi EDITH A CUEVAS. We've processed your request to stop all contact regarding the past due status on your CITI CARDS account. This request may have been received recently or in the past. We won't reach out to you to collect on your account—this includes calls to your home, work, and cell phone numbers as well as text messages, letters and emails.

Due to your request, we'll no longer be able to contact you about any payment solutions you may be eligible for, including lowering your interest rate or your monthly payment.

Please keep in mind the following:

- You'll continue to receive monthly billing statements and be required to make payments for your account until your balance is paid in full.
- If your account remains past due:
  - We may assess interest charges and late fees per the terms of your account.
  - We may report your account as past due to the credit bureaus.
  - Your account may be closed but if there's a remaining balance you'll still be responsible for paying off the debt.

If you decide to cancel your request that we no longer contact you or you'd like us to review your account for payment assistance, please call us at 1-877-528-4576* (For TTY: We accept 711 or other Relay Service).

To view your account or make a payment, the Citi® Mobile App or Citi Online at citi.com is always available.

Your Citi Team

Hours of Operation: Monday – Friday: 8:00 a.m. - 10:00 p.m., ET; Saturday – Sunday: 9:30 a.m. - 6:00 p.m., ET
*Calls are randomly monitored and recorded to ensure quality service.
Your CITI CARDS account is issued and serviced by Citibank, N.A.

©2024 Citibank, N.A. Member FDIC. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. All rights reserved.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

This letter is not an attempt to collect a debt and is being provided for informational purposes only.

Esta carta no constituye un intento de cobrar una deuda y se proporciona únicamente con fines informativos.

Information for Massachusetts Residents:

**NOTICE OF IMPORTANT RIGHTS**

**YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

Information for New York Residents:

**YOU MAY REQUEST TO RECEIVE WRITTEN COMMUNICATIONS IN BRAILLE OR LARGE-PRINT FORMAT BY CALLING THE TOLL FREE OR TTY NUMBER LISTED ON THIS LETTER.**

Información para residentes de Massachusetts:

**AVISO DE DERECHOS IMPORTANTES**

**USTED TIENE DERECHO A SOLICITAR POR ESCRITO U ORALMENTE NO *RECIBIR LLAMADAS* TELEFONICAS EN SU LUGAR DE TRABAJO CON RESPECTO A SU DEUDA. CUALQUIER SOLICITUD ORAL SERA VALIDA POR DIEZ DIAS, A MENOS QUE USTED PROPORCIONE UNA CONFIRMACION ESCRITA DE LA SOLICITUD, MATASELLADA O ENTREGADA DENTRO DE LOS SIETE DIAS HABILES DESDE QUE REALIZO LA SOLICITUD ORAL. USTED PUEDE CANCELAR ESTA SOLICITUD ESCRIBIENDO AL ACREEDOR.**

Información para Residentes de Nueva York:

PUEDE SOLICITAR QUE LE ENVIEMOS LAS COMUNICACIONES ESCRITAS EN BRAILLE O EN FORMATO DE LETRA GRANDE. PARA ELLO, LLAME AL NUMERO SIN CARGO O AL NUMERO TTY QUE FIGURAN EN ESTA CARTA.

# Exhibit F

# The Moore Law Group's March 18, 2025 Collection Letter

Edith A Cuevas
[redacted]
San Diego CA 92102-5003

The Moore Law Group, A Professional Corporation
P.O. Box 25145
Santa Ana, CA 92799
800-506-2652 from 7am to 5pm Pacific, Monday to Friday
Dial 711 for Telecommunications Relay Service

To: Edith A Cuevas
[redacted]
San Diego CA 92102-5003

**Reference:** [redacted]

**The Moore Law Group, A Professional Corporation, is a debt collector.** We are trying to collect a debt that you owe to Citibank, N.A. We will use any information you give us to help collect the debt.

**Our information shows:**

You had a Costco Visa® Card credit card from Citibank, N.A. with an account number XXXXXXXXXXXX8822.

| | | |
|---|---|---|
| As of February 3, 2025, you owed: | $ | 6,777.92 |
| Between February 3, 2025 and today (March 18, 2025): | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | – $ | 0.00 |
| **Total amount of the debt as of today:** | **$** | **6,777.92** |

**Notice: See reverse side and enclosure for important information.**

**How can you dispute the debt?**

- **Call or write to us by April 27, 2025 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by April 27, 2025,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. You may also submit disputes online at **www.collectmoore.com/disputes.**

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by April 27, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at **www.collectmoore.com/disputes**.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

---

**Mail this form to:**
The Moore Law Group, A Professional Corporation
P.O. Box 25145
Santa Ana, CA 92799

Edith A Cuevas
[redacted]
San Diego CA 92102-5003

[redacted]

**How do you want to respond?**

*Check all that apply:*

☐ **I want to dispute the debt because I think:**

☐ This is not my debt
☐ The amount is wrong
☐ Other (please describe on reverse or attach additional information)

☐ **I want you to send me the name and address of the original creditor**

☐ **I enclosed this amount:** $

Make your check payable to *Citibank, N.A.*. Include the reference number [redacted]

**ATTENTION: CALIFORNIA RESIDENTS**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

CA DFPI Debt Collector License Number 10223-99

**ATTENTION: COLORADO RESIDENTS**

Unless you notify us of a dispute regarding the validity of the debt, or any portion thereof, before April 27, 2025, we will assume that the debt is valid. If you notify us in writing before April 27, 2025 that the debt or any portion thereof is disputed, we will obtain verification of the debt or a copy of a judgment against you, if any. We will also, upon your request in writing before April 27, 2025, mail to you the name and address of the original creditor grantor, if different than the current creditor.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Colorado law prohibits credit bureaus from reporting medical debt or factoring medical debt into a credit score unless the consumer report is to be used in connection with a credit transaction that involves, or that may reasonably be expected to involve, a principal amount that exceeds the national conforming loan limit value for a one-unit property as determined by the federal housing finance authority.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/.

CO Office address: 7936 E Arapahoe Ct., Suite 2400, Centennial, CO 80112 • 800-506-2652 • 7am to 5pm Pacific, M-F

The Moore Law Group, A Professional Corporation
P.O. Box 25145
Santa Ana, CA 92799
800-506-2652 de 7am a 5pm hora del Pacífico, lunes a viernes
Marque 711 para Servicio de Retransmisión de Telecomunicaciones

Para: Edith A Cuevas
[redacted]
San Diego CA 92102-5003

**Referencia:** [redacted]

**The Moore Law Group, A Professional Corporation, es un cobrador de deudas.** Estamos tratando de collectar una deuda que usted tiene con el Citibank, N.A. Usaremos cualquier información que nos brinde para ayudar a cobrar la deuda.

**Nuestra información muestra lo siguiente:**

Usted tenía una tarjeta de crédito de La Tienda Costco Visa® Card, Provista Por El Citibank, N.A. con número de cuenta XXXXXXXXXXXX8822.

| | | |
|---|---|---|
| Hasta el 03 de febrero del 2025, usted debía: | $ | 6,777.92 |
| *Entre el 03 de febrero del 2025 y hoy (18 de marzo del 2025):* | | |
| Se le cobró esta cantidad en interés: | + $ | 0.00 |
| Se le cobró esta cantidad en cargos: | + $ | 0.00 |
| Pagó o se le abonó esta cantidad a la deuda: | – $ | 0.00 |
| **Monto total de la deuda ahora:** | **$** | **6,777.92** |

**¿Cómo se puede disputar la deuda?**

- **Llámenos o escríbanos antes del 27 de abril del 2025 para disputar la totalidad o parte de la deuda.** Si no lo hace, supondremos que nuestra información es correcta.
- **Si nos escribe antes del 27 de abril del 2025,** debemos detener el cobro de cualquier cantidad que dispute hasta que le enviemos información que demuestre que debe la deuda. Debe utilizar el formulario a continuación o escribirnos sin el formulario. También puede incluir documentos que respalden su disputa. Aceptamos disputas electrónicamente en **www.collectmoore.com/es/disputas**.

**¿Qué más puede hacer?**

- **Escriba para solicitar el nombre y la dirección del acreedor original,** si es diferente del acreedor actual. Si escribe antes del 27 de abril del 2025, debemos detener el cobro hasta que le enviemos esa información. Debe utilizar el formulario o escribirnos sin el formulario. Nosotros aceptamos estas solicitudes electronicamente por **www.collectmoore.com/disputes**.
- **Visite www.cfpb.gov/debt-collection para obtener más información sobre sus derechos según la ley federal.** Por ejemplo, tiene derecho a detener o limitar la forma en que lo(a) contactemos.
- Contáctenos acerca de sus opciones de pago.

**Aviso: Vea al reverso y contenido para obtener información importante.**

---

**Envíe este formulario a:**
The Moore Law Group, A Professional Corporation
P.O. Box 25145
Santa Ana, CA 92799

Edith A Cuevas
[redacted]
San Diego CA 92102-5003

**¿Cómo desea responder?**

*Marque todo lo que corresponda:*

☐ **Quiero disputar la deuda porque pienso que:**

☐ Esta no es mi deuda
☐ La cantidad es incorrecta
☐ Otro (por favor describa al reverso o adjunte información adicional)

☐ **Quiero que me envíe el nombre y la dirección del acreedor original**

☐ **Adjuntado esta cantidad:** $

Haga su cheque a nombre de *Citibank, N.A.*. Incluya el número de referencia [redacted]

**ATENCIÓN: RESIDENTES DE CALIFORNIA**

La Ley Estadual Rosenthal sobre Prácticas Justas de Cobro de Deudas y la Ley Federal de Prácticas Justas de Cobro de Deudas establecen que, salvo que medien circunstancias excepcionales, quienes exijan el cobro de una deuda no podrán contactarlo antes de las 8 a.m. o luego de las 9 p.m. Tampoco podrán hostigarlo utilizando amenazas de violencia o arresto, o utilizando lenguaje obsceno. Quienes exijan el cobro de deudas no podrán utilizar declaraciones falsas o engañosas, o llamarlo al trabajo si saben, o tienen razones para saber, que usted no puede recibir llamadas personales en el trabajo. En general, quienes exijan el cobro de deudas no podrán informarle la deuda a ninguna persona que no sea su abogado o cónyuge. Sin embargo, podrán contactar a otras personas para que confirmen su ubicación o exijan el cumplimiento de una sentencia. Para mayor información sobre actividades de cobro de deudas, contáctese con la Comisión Federal de Comercio al 1-877-FTC-HELP o en www.ftc.gov.

Número de licencia de cobrador de deudas del DFPI de California 10223-99.

**ATENCIÓN: RESIDENTES DE COLORADO**

A menos que nos notifique sobre la existencia de un conflicto respecto de la validez de la deuda, o cualquier parte de la misma, antes del April 27, 2025, asumiremos que la deuda es válida. Si usted nos notifica por escrito antes del April 27, 2025 que la deuda, o cualquier parte de la misma, es litigiosa, obtendremos una verificación de la deuda o una copia de la sentencia dictada en su contra, si hubiese, y le enviaremos por correo la verificación o una copia de la sentencia dictada en su contra, si hubiese. Asimismo, en caso de que así lo solicite por escrito antes del April 27, 2025, le enviaremos por correo el nombre y la dirección del concedente original del crédito, en caso de que sea distinto del acreedor actual.

El consumidor tiene derecho a solicitar por escrito que una persona o agencia encargada del cobro de deudas finalice cualquier tipo de comunicación entablada con él. La solicitud escrita de cese de comunicaciones no prohibirá que dicha persona o agencia encargada del cobro de deudas adopte otras medidas autorizadas por ley para lograr dicho cobro.

La ley de Colorado prohíbe a los burós de crédito informar sobre deudas médicas o tenerlas en cuenta para la calificación crediticia a menos que el informe sobre la capacidad crediticia del consumidor vaya a ser utilizado en relación con una operación de crédito que implique, o que pueda esperarse razonablemente que implique, un capital que supere el valor límite nacional de préstamos conformes para un inmueble de una sola unidad, según lo determinado por la autoridad federal de financiamiento de vivienda.

PARA OBTENER INFORMACIÓN SOBRE LA LEY DE PRÁCTICAS JUSTAS DE COBRO DE DEUDAS DE COLORADO, VISITE: HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/.

CO Office address: 7936 E Arapahoe Ct., Suite 2400, Centennial, CO 80112 • 800-506-2652 • 7am to 5pm Pacifico, M-F

## PRIVACY NOTICE FOR CALIFORNIA CONSUMERS

This Notice is provided by The Moore Law Group, a Professional Corporation ("we," "us," or "our") pursuant to the California Consumer Privacy Act ("CCPA") as amended by the California Privacy Rights Act ("CPRA") (the CCPA and CPRA are collectively referred to herein as the "Privacy Act"). This Notice applies solely to information about California residents ("Consumers" or "you") and their "Personal Information" as that term is defined in the Privacy Act. The Privacy Act requires us to provide notice to Consumers about the categories of Personal Information to be collected, the purposes for which the Personal Information is collected or used, and whether Personal Information is sold or shared. This Notice is intended to comply with those disclosure requirements.

### CATEGORIES OF PERSONAL INFORMATION WE COLLECT

The categories of Personal Information we collect about Consumers include:

- Identifiers such as name, postal address, date of birth, telephone number, email address or other similar identifiers;
- Certain sensitive Personal Information limited to social security number, driver's license number or other state identification number, account numbers, and precise geolocation;
- Characteristics such as age or gender;
- Retail information, such as products or services purchased;
- Internet activity information such as geolocation data and information regarding your interaction with our website or payment portal, including any online payments made;
- Audio data such as recordings made when consumers have a telephone conversation with us;
- Professional and employment related information such as your employer's name and address;
- Educational information, such as institutions attended;
- Biometric information such as physical descriptions and photos as well as voice recordings; and
- Health insurance information if we are collecting medical debt.

### USE OF PERSONAL INFORMATION

All Personal Information collected by us will be used for debt collection purposes. We do not sell or share your Personal Information and will not sell or share your Personal Information without providing you with prior notice and an opportunity to opt-out.

### RETENTION OF PERSONAL INFORMATION

We retain Personal Information for as long as necessary to fulfill the purpose for which it was obtained unless a longer retention period is required by law. The criteria used to determine our retention period include:

- The length of time your account is placed with us for collection;
- Whether there is a legal obligation to which we are subject (for example, certain laws, including the federal Fair Debt Collection Practices Act, require us to keep records for a certain period of time before we can delete them); and
- Whether retention is advisable based on our legal position, such as applicable statutes of limitations, litigation, or regulatory investigations.

### PRIVACY POLICY

Our Privacy Policy is available for viewing on our website at https://collectmoore.com. Please review the Privacy Policy for a description of the various rights you have related to your Personal Information and how you can exercise those rights.

### ALTERNATIVE FORMAT

If you would like to request that this Notice be provided in an alternative format, please email us at privacy@collectmoore.com_or call us at 1-800-506-2652, Monday through Friday, 8:00 a.m. to 5:00 p.m. Pacific Time Zone.

# AVISO DE PRIVACIDAD PARA LOS CONSUMIDORES DE CALIFORNIA

El presente Aviso lo proporciona The Moore Law Group, una Asociación Profesional ("nosotros", "nos" o "nuestro") de conformidad con la Ley de Privacidad del Consumidor de California ("CCPA", por sus siglas en inglés) según modificada por la Ley de Derechos de Privacidad de California ("CPRA, por sus siglas en inglés") (la CCPA y la CPRA son conjuntamente referidas en el presente documento como la "Ley de Privacidad"). Este Aviso solamente aplica a la información sobre los residentes de California ("Consumidores" o "usted") y a su "Información Personal" según dicho término se encuentra definido en la Ley de Privacidad. La Ley de Privacidad nos obliga a comunicar a los Consumidores sobre las categorías de Información Personal a ser recopilada, los fines para los cuales se recopila o utiliza la Información Personal, y si se vente o comparte la Información Personal. Este Aviso tiene el propósito de cumplir con dichos requisitos de divulgación.

## CATEGORÍAS DE INFORMACIÓN PERSONAL QUE RECABAMOS

Las categorías de Información Personal que recabamos sobre los Consumidores incluyen:

- Identificadores tales como el nombre, dirección postal, fecha de nacimiento, número de teléfono, dirección de correo electrónico u otros identificadores similares;
- Cierta Información Personal confidencial limitada al número de identificación de seguridad social, número de licencia de conducir u otro número de identificación estatal, números de cuenta y geolocalización precisa;
- Características tales como edad o género;
- Información de ventas al menudeo, tal como productos y servicios adquiridos;
- Información sobre actividad en internet tal como datos de geolocalización e información sobre su interacción con nuestro sitio web o portal de pagos, incluyendo cualquier pago realizado en línea;
- Datos de audio tales como grabaciones realizadas cuando los consumidores tienen una conversación telefónica con nosotros;
- Información profesional y laboral relacionadas tal como el nombre y dirección de su empleador;
- Información educativa, tal como las instituciones a las que ha asistido;
- Información biométrica tal como las descripciones físicas y fotografías así como grabaciones de voz; e
- Información de seguro médico en caso de que estemos cobrando deuda médica.

## UTILIZACIÓN DE INFORMACIÓN PERSONAL

Toda Información Personal que recabemos será usada para fines de cobranza de deudas. No vendemos ni compartimos su Información Personal y no venderemos ni compartiremos Información Personal sin darle un aviso previo y una oportunidad para excluirse.

## CONSERVACIÓN DE INFORMACIÓN PERSONAL

Conservamos su Información Personal durante el tiempo que sea necesario para cumplir con el propósito para el cual se obtuvo a menos que la ley requiera de un plazo de conservación mayor. Los criterios utilizados para determinar nuestro plazo de conservación incluyen:

- El tiempo que su cuenta permanece con nosotros para su cobro;
- Si existe alguna obligación legal a la cual estemos sujetos (por ejemplo, ciertas leyes, incluyendo la Ley Federal de Prácticas Prudentes de Cobranza, nos obligan a mantener registros durante cierto tiempo antes de poder eliminarlos); y
- Si la conservación es aconsejable con base en nuestra postura legal, tal como las disposiciones de prescripción aplicables, litigios o investigaciones regulatorias.

## POLÍTICA DE PRIVACIDAD

Nuestra Política de Privacidad puede consultarse en nuestro sitio web en https://collectmoore.com. Por favor revise la Política de Privacidad para obtener una descripción de los varios derechos que tiene usted en relación con su Información Personal y sobre cómo puede ejercer esos derechos.

## FORMATO ALTERNATIVO

Si le gustaría solicitar que este Aviso se proporcione en un formato alternativo, por favor escríbanos por correo electrónico a privacy@collectmoore.com o llámenos al 1-800-506-2652, de lunes a viernes, de 8:00 a. m. a 5:00 p. m. zona horaria del Pacífico.