MORGAN, LEWIS & BOCKIUS LLP
Megan A. Suehiro, Bar No. 316104
*megan.suehiro@morganlewis.com*
Jesse C. Gonzalez, Bar No. 358281
*jesse.gonzalez@morganlewis.com*
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Marcos Sasso, Bar No. 228905
*marcos.sasso@morganlewis.com*
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel: +1.310.907.1000
Fax: +1.310.907.1001

Attorneys for Defendant
CITIBANK, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH CUEVAS,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Case No. 3:25-CV-02144-BEN-KSC<br><br>**JOINT MOTION AND STIPULATION TO ARBITRATE AND STAY ACTION**<br><br>*[[Proposed] Order filed concurrently herewith]*<br><br>Judge: Hon. Roger T. Benitez |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 7.2 of the United States District Court for the Southern District of California, Defendant Citibank, N.A. ("Defendant") and Plaintiff Edith Cuevas ("Plaintiff") (jointly, the "Parties") hereby stipulate and jointly move the Court for an Order staying this action pending the completion of arbitration pursuant to the Card Agreement governing Plaintiff's Citibank credit card account.

This Motion is based upon this Notice of Motion, the accompanying Stipulation, the Card Agreement attached hereto as Exhibit A, and the pleadings and records on file in this action.

Dated: November 25, 2025

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Marcos Sasso*
Marcos Sasso
Attorneys for Defendant
Citibank, N.A.

Dated: November 25, 2025

LAW OFFICES OF ROBERTO ROBLEDO

By */s/ Roberto Robledo*
Roberto Robledo
Attorneys for Plaintiff
Edith Cuevas

**JOINT MOTION AND STIPULATION**

Pursuant to Local Civil Rule 7.2 of the United States District Court for the Southern District of California, Defendant Citibank, N.A. ("Defendant" or "Citibank") and Plaintiff Edith Cuevas ("Plaintiff") (jointly, the "Parties"), by and through their counsel of record, hereby submit this Joint Motion and Stipulation to Arbitrate and Stay Action. The Parties hereby stipulate as follows:

WHEREAS, on August 19, 2025, Plaintiff filed a complaint (the "Complaint") in the above-captioned action alleging violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq., the Telephone Consumer Protection Act, 47 U.S.C. § 227, and Invasion of Privacy by Intrusion Upon Seclusion;

WHEREAS, the Parties, through their counsel of record, have agreed and stipulate to stay this action and to submit the disputes, claims, or controversies asserted in this action to binding individual arbitration with the American Arbitration Association ("AAA") pursuant to the terms of the arbitration provision contained in the cardmember agreement (attached hereto as Exhibit A), which governs Plaintiff's relationship with Citibank; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

The Parties further agree to timely comply with all administrative requirements of the AAA, including payment of filing, case management, and arbitrator fees, as required under the applicable AAA Consumer Arbitration Rules.

The arbitration shall proceed pursuant to the terms of the arbitration agreement in the Card Agreement, and the proceedings in this action against Citibank shall be stayed pending completion of the arbitration.

**IT IS SO STIPULATED.**

Dated: November 25, 2025

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Marcos Sasso
Marcos Sasso
Attorneys for Defendant
Citibank, N.A.

Dated: November 25, 2025

LAW OFFICES OF ROBERTO ROBLEDO

By /s/ Roberto Robledo
Roberto Robledo
Attorneys for Plaintiff
Edith Cuevas

# CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, a copy of the foregoing **JOINT MOTION AND STIPULATION TO ARBITRATE AND STAY ACTION** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Marcos Sasso*
Marcos Sasso