Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
3919 30th St.
San Diego, CA 92104
Tel: 619-500-6683
Fax: 619-810-2980
roberto@robertorobledo.com

Attorneys for Plaintiff Edith Cuevas

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Edith Cuevas**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**Citibank, N.A.**,<br><br>Defendant. | Case No.: 25-cv-02144-BEN-KSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Cathy Ann Bencivengo |

Plaintiff hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No answer or motion for summary judgment has been served by Defendant. This dismissal is WITH PREJUDICE.

Dated: April 20, 2026

Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff
Edith Cuevas

## **Certificate of Service**

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action. I am employed in the County of San Diego, California. My business address is 3919 30th St., San Diego, California 92104. On the same day as this Certificate was executed, I electronically served copies of the attached documents:

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) on the following parties in this action:

Megan A. Suehiro
Morgan Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
*megan.suehiro@morganlewis.com*

attorneys for Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this, the 20th day of April, 2026, at San Diego, California.

*/s/ Roberto Robledo*
Roberto Robledo
Law Offices of Roberto Robledo
3919 30th St.
San Diego, CA 92104
(619) 500-6683

Attorneys for Plaintiff